IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Rachel G., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOWNINGTOWN AREA SCHOOL DISTRICT | : | NO. 09-3512 |

ORDER

AND NOW, this 7th day of July, 2011, upon consideration the defendant's Motion for Summary Judgment on Plaintiffs' IDEA Claims (Docket No. 33), the plaintiffs' Motion for Summary Judgment (Docket No. 35), the oppositions and replies thereto, the oral argument held on November 23, 2010, and for the reasons stated in a memorandum of today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED and the plaintiff's motion is DENIED. The parties are directed to confer and report to the Court within 14 days of the entry of this order how they would like to proceed with the remainder of this case.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.